AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE District of DELAWARE

G.L. WILLIAMS ASSOCIATES, INC.; RT TECHNOLOGY, LLC; and WEST COAST REPS, INC.,

V.

MOTOROLA, INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 4

TO: (Name and address of Defendant)

Motorola, Inc.
c/o The Corporation Trust Co.
1209 Orange Street
Wilmington, DE 19801

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Sean J. Bellew
David A. Felice
COZEN O'CONNOR
1201 N. Market Street, Suite 1400
Wilmington, DE 19801

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                    2/22/06
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 2/23/06 9:45am |
| NAME OF SERVER (PRINT) Wynton Smith | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify): Personally served a copy of summons and complaint on MOTOROLA, INC, by serving its registered agent, The Corporation Trust Company, at 1209 Orange Street, Wilmington, DE 19801

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/23/06
             Date

Signature of Server: Wynton M. Smith

Address of Server: 230 N. Market St. Wilm. DE 19801

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.