IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

G.L. WILLIAMS ASSOCIATES, INC.;       :
RT TECHNOLOGY, LLC; and           :
WEST COAST REPS, INC.,            :
                                          :
            Plaintiffs,           :     C.A. No. 06-114-SLR
                                          :
            v.                 :     JURY TRIAL DEMANDED
                                          :
MOTOROLA, INC.,                 :
                                          :
            Defendant.           :

### PLAINTIFFS' DISCLOSURE STATEMENT PURSUANT TO RULE 7.1

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs submit the following disclosures:

        1.      G.L. Williams Associates, Inc. has no parent company and there is no public corporation that owns 10% or more of its stock.

        2.      RT Technology, Inc. has no parent company and there is no public corporation that owns 10% or more of its stock.

        3.      West Coast Reps, Inc. has no parent company and there is no public corporation that owns 10% or more of its stock.

Dated: March 3, 2006                *David A. Felice*
                                     Sean J. Bellew (#4072)
                                     David A. Felice (#4090)
                                     Cozen O'Connor
Of Counsel:                          1201 North Market Street, Suite 1400
Kevin F. Berry                       Wilmington, DE  19801
Cozen O'Connor                    Telephone:  (302) 295-2000
1900 Market Street               Facsimile:  (302) 295-2013
Philadelphia, PA  19103          *Attorneys for Plaintiff*
Telephone:  (215) 665-2000
Facsimile:  (215) 665-2013

WILM1\33843\1 153371.000