IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.; RT TECHNOLOGY, LLC; and WEST COAST REPS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., <br><br> Defendant. | C.A. No. 06-114-SLR <br><br> JURY TRIAL DEMANDED |

**STIPULATION AND ORDER**
**EXTENDING TIME TO ANSWER DEFENDANT'S MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto that, subject to the approval of the Court, that the time for Plaintiffs G.L. Williams Associates, Inc., RT Technology, LLC and West Coast Reps, Inc. (the "Plaintiffs") to serve their Answering Brief to *Defendant's Motion to Dismiss for Failure to State a Claim, or in the Alternative, for More Definite Statement* is extended up to and including May 15, 2006.

_____
Sean J. Bellew (#4072)
David A. Felice (#4090)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
sbellew@cozen.com
dfelice@cozen.com
  *Attorneys for Plaintiffs*

_____
William W. Bowser (#2239)
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
wbowser@ycst.com

-and-

                                        Randy Papetti, Esquire
                                        Cory A. Talbot, Esquire
                                        Emily S. Cates, Esquire
                                        Lewis and Roca LLP
                                        40 N. Central Avenue
                                        Phoenix, AZ 85004
                                        Telephone: (602) 262-5311
                                        Facsimile: (602) 734-3862
                                          *Attorneys for Defendant*

Dated: April 25, 2006

      IT IS SO ORDERED this _____ day of _____, 2006.


                                        _____
                                        Chief Judge Sue L. Robinson