IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.; | ) | |
| RT TECHNOLOGY, LLC.; and WEST | ) | |
| COAST REPS, INC., | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 06-cv-00114-SLR |
| | ) | |
| MOTOROLA, INC., a Delaware | ) | |
| corporation. | ) | |
| Defendant. | ) | |

**JOINT STIPULATION AND ORDER
TO AMEND BRIEFING SCHEDULE**

The parties hereby stipulate and agree to amend the briefing schedules, as

indicated, for the following Plaintiffs' motion:

**MOTION TO CONSOLIDATE (D.I. 7)**

Answering Brief due on or before:    May 11, 2006
Reply Brief due on or before:          May 22, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser (Bar I.D. 2239)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Richard A. Halloran, Cory A. Talbot
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Attorneys for Defendant

COZEN O'CONNOR

/s/ Sean J. Bellew
_____
Sean J. Bellew (Bar I.D. 4072)
David A. Felice (Bar I.D. 4090)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000; Facsimile: (302) 295-2013
OF COUNSEL:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Attorneys for Plaintiff


IT IS SO ORDERED this _____ day of _____, 2006.


_____
Chief Judge Sue L. Robinson

2

**Codding, Cathy**

---

**From:**     ded_nefreply@ded.uscourts.gov
**Sent:**     Monday, May 08, 2006 4:30 PM
**To:**       ded_ecf@ded.uscourts.gov
**Subject:**  Activity in Case 1:06-cv-00114-SLR G.L. Williams Associates Inc. et al v. Motorola Inc. "Stipulation to Extend Time"

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

### U.S. District Court

### District of Delaware

Notice of Electronic Filing

The following transaction was received from Bowser, William W. entered on 5/8/2006 at 4:29 PM EDT and filed on 5/8/2006
**Case Name:**        G.L. Williams Associates Inc. et al v. Motorola Inc.
**Case Number:**      1:06-cv-114
**Filer:**            Motorola Inc.
**Document Number:** 9

**Docket Text:**
Joint STIPULATION TO EXTEND TIME answering and reply briefs to motion to consolidate to 05/11/06 for answering brief to motion to consolidate; 05/22/06 reply brief to motion to consolidate - filed by Motorola Inc.. (Bowser, William)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=5/8/2006] [FileNumber=210387-0]
[616fa40d73e1371951fe1998d7a83dd6146f7edbf419944f91a0656f80ec7fdd42e9e
45f415fa06782ed1adaa9b31351a10d429b66a8f6b7bd5a108d04a5eb29]]

**1:06-cv-114 Notice will be electronically mailed to:**

William W. Bowser    wbowser@ycst.com, ccodding@ycst.com; dcoles@ycst.com; rruggieri@ycst.com

David A. Felice    dfelice@cozen.com

**1:06-cv-114 Notice will be delivered by other means to:**

5/9/2006