IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.; RT TECHNOLOGY, LLC; and WEST COAST REPS, INC., | : : : : | |
| Plaintiffs, | : : | C.A. No. 06-114-SLR |
| v. | : : | JURY TRIAL DEMANDED |
| MOTOROLA, INC., | : : | |
| Defendant. | : | |

**AMENDED STIPULATION AND ORDER**
**EXTENDING TIME TO ANSWER DEFENDANT'S MOTION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the parties hereto that, subject to the approval of the Court, that the time for Plaintiffs G.L. Williams Associates, Inc., RT Technology, LLC and West Coast Reps, Inc. (the "Plaintiffs") to serve their Answering Brief to *Defendant's Motion to Dismiss for Failure to State a Claim, or in the Alternative, for More Definite Statement* (the "Motion") is further extended up to and including May 17, 2006. Defendant's Reply Brief in further support of their Motion will be filed by May 26, 2006.

| | |
|---|---|
| */s/ Sean J. Bellew* | /s/ William W. Bowser |
| Sean J. Bellew (#4072) | William W. Bowser (#2239) |
| David A. Felice (#4090) | Young Conaway Stargatt & Taylor, LLP |
| 1201 N. Market Street, Suite 1400 | The Brandywine Building |
| Wilmington, DE 19801 | 1000 West Street, 17th Floor |
| Telephone: (302) 295-2000 | P.O. Box 391 |
| sbellew@cozen.com | Wilmington, DE 19899-0391 |
| dfelice@cozen.com | Telephone: (302) 571-6601 |
| *Attorneys for Plaintiffs* | Facsimile: (302) 576-3282 |
| | wbowser@ycst.com |

-and-

WILMINGTON\34731\1153371.000

                                    OF COUNSEL:
                                    Randy Papetti, Esquire
                                    Cory A. Talbot, Esquire
                                    Emily S. Cates, Esquire
                                    Lewis and Roca LLP
                                    40 N. Central Avenue
                                    Phoenix, AZ 85004
                                    Telephone: (602) 262-5311
                                    Facsimile:  (602) 734-3862
                                      *Attorneys for Defendant*

Dated: May 15, 2006

      IT IS SO ORDERED this \_\_\_\_\_ day of _____, 2006.

                                      _____
                                      Chief Judge Sue L. Robinson