IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.; RT TECHNOLOGY, LLC.; and WEST COAST REPS, INC., <br>             Plaintiffs, <br>             v. <br><br> MOTOROLA, INC., a Delaware corporation. <br>             Defendant. | ) ) ) ) ) ) C.A. No. 06-cv-00114-SLR ) ) ) ) |

**MOTION AND ORDER FOR ADMISSION OF
RANDY S. PAPETTI, ESQUIRE; CORY A. TALBOT, ESQUIRE; AND
EMILY S. CATES, ESQUIRE, TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached Certifications, the undersigned counsel moves the admission *pro hac vice* of Randy S. Papetti, Esquire; Cory A. Talbot, Esquire; and Emily S. Cates, Esquire, to represent Defendant Motorola in this matter.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser, Esquire (Bar I.D. 2239)
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, Delaware 19899-0391
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
wbowser@ycst.com
Attorneys for Defendants

DATED:      May 19, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| J-SQUARED TECHNOLOGIES, INC., a Canadian corporation, and J-SQUARE TECHNOLOGIES (OREGON) INC., an Oregon corporation,<br><br>               Plaintiffs,<br><br>      v.<br><br>MOTOROLA, INC., a Delaware corporation.<br><br>               Defendant. | )<br>)<br>)<br>)<br>)   C.A. No.04-CV-960-SLR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER GRANTING MOTION**

       IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Randy S. Papetti, Esquire; Cory A. Talbot, Esquire; and Emily S. Cates, Esquire, is GRANTED.

DATE:_____       _____
                                                         Judge Robinson

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.; RT TECHNOLOGY, LLC.; and WEST COAST REPS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., a Delaware corporation, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) )  C.A. No. 06-cv-00114-SLR |

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Arizona and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been previously submitted to the Clerk's Office.

_____
Emily S. Cates, Esquire
Lewis and Roca LLP
40 N. Central Avenue, Suite 1900
Phoenix, AZ 84004
(602) 262-5337 (Telephone)
(602) 734-3865 (Telecopier)
ecates@lrlaw.com
Arizona Bar I.D. 022703

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.; RT TECHNOLOGY, LLC.; and WEST COAST REPS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> MOTOROLA, INC., a Delaware corporation. <br><br> Defendant. | ) ) ) ) ) ) C.A. No. 06-cv-00114-SLR ) ) ) ) ) |

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Arizona and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been previously submitted to the Clerk's Office.

_____
Randy Papetti, Esquire
Lewis and Roca LLP
40 N. Central Avenue, Suite 1900
Phoenix, AZ 84004
(602) 262-5337 (Telephone)
(602) 734-3865 (Telecopier)
rpapetti@lrlaw.com
Arizona Bar I.D. 014586

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.; RT TECHNOLOGY, LLC.; and WEST COAST REPS, INC., <br><br>           Plaintiffs,<br><br>v.<br><br>MOTOROLA, INC., a Delaware corporation,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 06-cv-00114-SLR<br>)<br>)<br>)<br>) |

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Arizona and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for the District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been previously submitted to the Clerk's Office.

_____
Cory A. Talbot, Esquire
Lewis and Roca LLP
40 N. Central Avenue, Suite 1900
Phoenix, AZ 84004
(602) 262-5362 (Telephone)
(602) 734-3905 (Telecopier)
ctalbot@lrlaw.com
Arizona Bar I.D. 020702

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.; RT TECHNOLOGY, LLC.; and WEST COAST REPS, INC., </br> Plaintiffs, </br> v. </br> MOTOROLA, INC., a Delaware corporation. </br> Defendant. | ) ) ) ) ) ) C.A. No. 06-cv-00114-SLR ) ) ) ) |

## CERTIFICATE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on this 19th day of May 2006, I caused to be served a true and correct copy of the foregoing **Motion and Order for Admission of Randy S. Papetti, Esquire; Cory A. Talbot, Esquire; and Emily S. Cates, Esquire, to Appear** *Pro Hac Vice*, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice
> Cozen O'Connor
> Chase Manhattan Centre, 1201 N. Market, Suite 1400
> Wilmington, DE 19801

I further certify that on this 19th day of May 2006, I caused to be mailed by United States Postal Service a copy of the above-mentioned document to the following non-registered participant:

> Kevin F. Berry
> Cozen O'Connor
> 1900 Market Street, Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser, Esquire (Bar I.D. 2239)
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
Email: wbowser@ycst.com