IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.; RT TECHNOLOGY, LLC.; and WEST COAST REPS, INC., <br><br>                Plaintiffs, <br>      v. <br><br>MOTOROLA, INC., a Delaware corporation. <br>                Defendant. | ) ) ) ) ) ) C.A. No. 06-cv-00114-SLR ) ) ) ) |

## DEFENDANT'S APPLICATION FOR ORAL ARGUMENT

Defendant Motorola, Inc., pursuant to Local Rule 7.1.4, requests oral argument on the following motions pending before the Court:

    1.    Defendant's Motion to Dismiss (D.I. 5)

    1.    Plaintiffs' Motion to Consolidate (D.I. 7).

                YOUNG CONAWAY STARGATT & TAYLOR, LLP
                /s/ William W. Bowser
                William W. Bowser (Bar I.D. 2239)
                The Brandywine Building, 17th Floor
                1000 West Street
                Wilmington, Delaware 19801
                Telephone: (302) 571-6601; Facsimile: (302) 576-3282
                OF COUNSEL:
                Randy Papetti, Richard A. Halloran, Cory A. Talbot
                Lewis and Roca LLP
                40 N. Central Avenue
                Phoenix, Arizona 85004
                Telephone: (602) 262-5311
                Attorneys for Defendant

DATED:    May 24, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.; ) <br> RT TECHNOLOGY, LLC.; and WEST ) <br> COAST REPS, INC., ) <br> Plaintiffs, ) <br> v. ) <br> MOTOROLA, INC., a Delaware ) <br> corporation. ) <br> Defendant. ) | C.A. No. 06-cv-00114-SLR |

## CERTIFICATE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on this 24th day of May 2006, I caused to be served a true and correct copy of the foregoing **Defendant's Application for Oral Argument**, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice
> Cozen O'Connor
> Chase Manhattan Centre, 1201 N. Market, Suite 1400
> Wilmington, DE 19801

I further certify that on this 24th day of May 2006, I caused to be mailed by United States Postal Service a copy of the above-mentioned document to the following non-registered participant:

> Kevin F. Berry
> Cozen O'Connor
> 1900 Market Street, Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser, Esquire (Bar I.D. 2239)
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
Email: wbowser@ycst.com