IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.; RT TECHNOLOGY, LLC.; and WEST COAST REPS, INC., <br>　　　　　Plaintiffs, <br>　　v. <br><br>MOTOROLA, INC., a Delaware corporation. <br>　　　　　Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br>C.A. No. 06-cv-00114-SLR |

## JOINT STIPULATION AND ORDER
## TO AMEND BRIEFING SCHEDULE

The parties hereby stipulate and agree to amend the briefing schedules, as indicated, for the following Plaintiffs' motion:

**MOTION TO DISMISS (D.I. 6 )**

Reply Brief due on or before:　　　May 30, 2006

　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　/s/ William W. Bowser
　　　　　　　William W. Bowser (Bar I.D. 2239)
　　　　　　　The Brandywine Building
　　　　　　　1000 West Street, 17th Floor
　　　　　　　Wilmington, Delaware 19801
　　　　　　　Telephone: (302) 571-6601; Facsimile: (302) 576-3282
　　　　　　　wbowser@ycst.com
　　　　　　　OF COUNSEL:
　　　　　　　Randy Papetti, Richard A. Halloran, Cory A. Talbot
　　　　　　　Lewis and Roca LLP
　　　　　　　40 N. Central Avenue
　　　　　　　Phoenix, Arizona 85004
　　　　　　　Attorneys for Defendant

       COZEN O'CONNOR

       /s/ Sean J. Bellew
       _____
       Sean J. Bellew (Bar I.D. 4072)
       David A. Felice (Bar I.D. 4090)
       1201 North Market Street, Suite 1400
       Wilmington, DE 19801
       Telephone: (302) 295-2000; Facsimile: (302) 295-2013
       OF COUNSEL:
       Kevin F. Berry
       Cozen O'Connor
       1900 Market Street
       Philadelphia, PA 19103
       Attorneys for Plaintiff

IT IS SO ORDERED this ____ day of _____, 2006.

      _____
      Chief Judge Sue L. Robinson