IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.; RT TECHNOLOGY, LLC.; and WEST COAST REPS, INC., <br>            Plaintiffs, <br> v. <br><br> MOTOROLA, INC., a Delaware corporation. <br>            Defendant. | ) ) ) ) ) ) ) ) ) ) )    C.A. No. 06-cv-00114-SLR |

### AMENDED JOINT STIPULATION AND ORDER
### TO AMEND BRIEFING SCHEDULE

The parties hereby stipulate and agree to amend the briefing schedules, as indicated, for the following Plaintiffs' motion:

**MOTION TO DISMISS (D.I. 5 )**

Reply Brief due on or before:      June 1, 2006

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
--------------------------------
William W. Bowser (Bar I.D. 2239)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Richard A. Halloran, Cory A. Talbot
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Attorneys for Defendant

COZEN O'CONNOR

/s/ Sean J. Bellew
_____
Sean J. Bellew (Bar I.D. 4072)
David A. Felice (Bar I.D. 4090)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000; Facsimile: (302) 295-2013
OF COUNSEL:
Kevin F. Berry
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Attorneys for Plaintiff


IT IS SO ORDERED this ____ day of _____, 2006.


_____
Chief Judge Sue L. Robinson