IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.;<br>RT TECHNOLOGY, LLC; and<br>WEST COAST REPS, INC.<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>MOTOROLA, INC.,<br><br>　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 06-114-SLR<br>)<br>)<br>)<br>) |

## MOTOROLA'S RULE 7.1 DISCLOSURE STATEMENT

Defendant Motorola, Inc. discloses pursuant to Rule 7.1, FED. R. CIV. P., that it is a publicly traded company. Motorola has no parent corporation. No publicly traded company owns more than 10% of Motorola's stock.

　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　　/s/ William W. Bowser
　　　　　　　　　　　William W. Bowser (Bar I.D. 2239)
　　　　　　　　　　　The Brandywine Building, 17th Floor
　　　　　　　　　　　1000 West Street
　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　Telephone: (302) 571-6601; Facsimile: (302) 576-3282
　　　　　　　　　　　OF COUNSEL:
　　　　　　　　　　　Randy Papetti, Richard A. Halloran, Cory A. Talbot
　　　　　　　　　　　Lewis and Roca LLP
　　　　　　　　　　　40 N. Central Avenue
　　　　　　　　　　　Phoenix, Arizona 85004
　　　　　　　　　　　Telephone: (602) 262-5311
　　　　　　　　　　　Attorneys for Defendant Motorola, Inc.

DATED:　　　June 2, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.; ) <br> RT TECHNOLOGY, LLC.; and WEST ) <br> COAST REPS, INC., ) <br>           Plaintiffs, ) <br>     v. ) <br> MOTOROLA, INC., a Delaware ) <br> corporation. ) <br>           Defendant. ) | C.A. No. 06-cv-00114-SLR |

## CERTIFICATE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on this 2nd day of June 2006, I caused to be served a true and correct copy of the foregoing **Motorola's Rule 7.1 Disclosure Statement**, with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice
> Cozen O'Connor
> Chase Manhattan Centre, 1201 N. Market, Suite 1400
> Wilmington, DE 19801

I further certify that on this 2nd day of June 2006, I caused to be mailed by United States Postal Service a copy of the above-mentioned document to the following non-registered participant:

> Kevin F. Berry
> Cozen O'Connor
> 1900 Market Street, Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser, Esquire (Bar I.D. 2239)
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
Email: wbowser@ycst.com