IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.; | : | |
| RT TECHNOLOGY, LLC; and | : | |
| WEST COAST REPS, INC., | : | |
| | : | |
| Plaintiffs, | : | C.A. No. 06-114-SLR |
| | : | |
| v. | : | JURY TRIAL DEMANDED |
| | : | |
| MOTOROLA, INC., | : | |
| | : | |
| Defendant | : | |

**ENTRY OF APPEARANCE**

TO:   Clerk of the Court

Kindly enter the appearance of Sean J. Bellew, Esquire as counsel for Plaintiff in the above-captioned matter.

Dated: June 16, 2006

*/s/ Sean J. Bellew*
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, Delaware  19801
Telephone:  (302) 295-2026
Facsimile:  (302) 295-2013

# CERTIFICATE OF SERVICE

I, Sean J. Bellew, do hereby certify that on June 16, 2006, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

William W. Bowser
Young Conaway Stargatt & Taylor
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE  19801

Cory Talbot
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, AZ  85004

*/s/ Sean J. Bellew*
Sean J. Bellew (#4072)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013
Email: dfelice@cozen.com

WILMINGTON\35179\1153371.000