# Young Conaway Stargatt & Taylor, LLP

William W. Bowser
Direct Dial:  302.571.6601
Direct fax:    302.576.3282
wbowser@ycst.com

The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801

P.O. Box 391
Wilmington, Delaware 19899-0391

(302) 571-6600
(302) 571-1253 fax
(800) 253-2234 (DE Only)
www.youngconaway.com

August 29, 2006

The Honorable Sue L. Robinson
United States District Court for the District of Delaware
844 N. King Street
Lock Box 10
Wilmington, DE 19801

    RE:    J-Squared Technologies, Inc., a Canadian corporation, and
               J-Squared Technologies (Oregon) Inc., an Oregon Corporation, v.
               Motorola, Inc., a Delaware Corporation
               C.A. No. 04-960-SLR

                                 **AND**

               G.L. Williams Associates, Inc.; RT Technology, LLC; and
               West Coast Reps, Inc. v.
               Motorola, Inc.
               C.A. No. 06-114-SLR

Dear Judge Robinson:

        I am pleased to report that the parties have reached a settlement in the captioned actions.  The parties are in the process of documenting the settlement and anticipate filing stipulations of dismissal in the next couple of weeks.

                                                        Respectfully submitted,

                                                          /s/William W. Bowser
                                                          William W. Bowser

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.; RT TECHNOLOGY, LLC.; and WEST COAST REPS, INC., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 06-cv-00114-SLR |
| MOTOROLA, INC., a Delaware corporation. | ) ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, William W. Bowser, Esquire, hereby certify that on this 29th day of August 2006, I electronically filed a true and correct copy of the foregoing **Letter** with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> David Allan Felice
> Sean J. Bellew
> Cozen O'Connor
> Chase Manhattan Centre, 1201 N. Market, Suite 1400
> Wilmington, DE 19801

I further certify that on this 29th day of August 2006, I caused to be mailed by United States Postal Service a copy of the above-mentioned document to the following non-registered participant:

> Kevin F. Berry
> Cozen O'Connor
> 1900 Market Street, Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ William W. Bowser
William W. Bowser, Esquire (Bar I.D. 2239)
1000 West Street
Wilmington, Delaware 19801
Telephone: (302) 571-6601; Facsimile: (302) 576-3282
Email: wbowser@ycst.com