IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| G.L. WILLIAMS ASSOCIATES, INC.; RT TECHNOLOGY, LLC.; and WEST COAST REPS, INC., | ) ) ) ) | |
| Plaintiffs, | ) | |
| v. | ) ) | C.A. No. 06-cv-00114-SLR |
| MOTOROLA, INC., a Delaware corporation. | ) ) ) | |
| Defendant. | ) | |

**JOINT STIPULATION
TO DISMISS WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), it is stipulated and agreed that the

captioned action is dismissed with prejudice. The parties shall each bear their own costs

and attorneys' fees.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
William W. Bowser (Bar I.D. 2239)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
Telephone: (302) 571-6601
Facsimile: (302) 576-3282
Email: wbowser@ycst.com
OF COUNSEL:
Randy Papetti, Esquire
Cory A. Talbot, Esquire
Emily S. Cates, Esquire
Lewis and Roca LLP
40 N. Central Avenue
Phoenix, Arizona 85004
Attorneys for Defendant

COZEN O'CONNOR

Sean J. Bellew (Bar I.D. 4072)
David A. Felice (Bar I.D. 4090)
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013
OF COUNSEL:
Kevin F. Berry, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Attorneys for Plaintiff

063528.1002